UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

Tommy Poe  Case No. 18-43409

Judge: Hon. Thomas Tucker

_____Debtor._____/

### Affidavit of Tommy Poe

I, Tommy Poe, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. My name is Tommy Poe, and I reside at 25312 Consititution Ave.., Warren, MI 48089.

2. I am over 18 years of age, of sound mind, and qualified and competent in all respects to make this affidavit.

3. I have not filed 2012 through 2017 State or Federal Taxes.

4. I was not required to file 2012 through 2017 State or Federal Taxes as I had been incarcerated therefore not required to file a tax return for those years.


March 23, 2018  /s/Tommy Poe
Date  Tommy Poe